1 | Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
2 | **Perkins Coie LLP**
101 Jefferson Drive
3 | Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
4 | Facsimile: (650) 838-4350

5 | Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
6 | **Perkins Coie LLP**
1201 Third Avenue, Suite 4800
7 | Seattle, Washington 98101-3099
Telephone: (206) 359-8000
8 | Facsimile: (206) 359-9000

9 | Attorneys for Plaintiff
craigslist, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Brad Johnson, Jake Carter, William Mitchell, John Doe d/b/a craigslistshop.com, and Does 2 through 25, inclusive,<br><br>Defendants. | Case No. CV 08 05071 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: February 12, 2009<br>Time: 2:30 p.m.<br>Dept: 3<br>Before: Honorable Phyllis J. Hamilton |

1    WHEREAS, on November 5, 2008, craigslist, Inc. filed suit against Defendants Brad
2  Johnson, Jake Carter, William Mitchell, John Doe d/b/a craigslistshop.com, and Does 2 through
3  25, inclusive for various causes of action alleging their operation of the website
4  craigslistshop.com, which, among other things, offered to post advertisements to craigslist on
5  behalf of their customers in violation of craigslist's Terms of Use.

6    WHEREAS, the Case Management Conference is currently scheduled for February 12,
7  2009.

8    WHEREAS, craigslist represents that it attempted service on Defendants Brad Johnson,
9  Jake Carter, and William Mitchell at 344 Waterfront Street, Oxon Hill, MD 20745, an address
10 provided on emails sent to craigslist users.  The address provided was false.

11   WHEREAS, on November 19, 2008, the "Who Is" internet domain look-up search engine
12 listed Roman Hossain as the "Registrant," "Administrative Contact," and Technical Contact" for
13 the website craigslistshop.com and listed an address of 12563 Hudson River Drive, Mira Loma,
14 California 91752.

15   WHEREAS, craigslist attempted service on Roman Hossain as a Doe Defendant at the
16 address 12563 Hudson River Drive, Mira Loma, CA 91752.  The address provided was to a single
17 family residence, which was under construction with no residents living in the house.

18   WHEREAS, craigslist conducted further research and found an alternative address for
19 Roman Hossain at 1370 Knoll Road, Redlands, California 92373.

20   WHEREAS, craigslist attempted service on Roman Hossain at 1370 Knoll Road,
21 Redlands, California 92373, but was unsuccessful at first.

22   WHEREAS, on December 16, 2008, craigslist filed its Motion for Leave to Take
23 Discovery Prior to the Rule 26 Conference.  (ECF Docket Entry 8).

24   WHEREAS, on December 16, 2008, the Court granted craigslist's Motion for Leave to
25 Take Discovery Prior to the Rule 26 Conference.  (ECF Docket Entry 10).

26   WHEREAS, on December 16, 2008, craigslist successfully served Roman Hossain as a
27 Doe Defendant at 1370 Knoll Road, Redlands, California 92373.

28

WHEREAS, counsel for craigslist and counsel for Roman Hossain have conferred regarding the lawsuit and have stipulated that craigslist shall file an amended complaint naming Roman Hossain as an individual defendant.

WHEREAS, in light of the foregoing, the parties stipulate to continue the Case Management Conference and to the proposed scheduling dates provided below.

Now therefore, the parties, through the undersigned counsel, hereby stipulate and agree as follows:

(1) craigslist will file an amended complaint naming Roman Hossain as a party on or before February 6, 2009;

(2) Roman Hossain will file his response to the amended complaint on or before February 17, 2009;

(3) The parties will hold their Federal Rule of Civil Procedure 26(f) Conference on February 19, 2009 at 10am.

(4) The parties will serve their Initial Disclosures and file their Joint Case Management Statement And Rule 26 Report on March 5, 2009.

(5) The parties stipulate to continue the Case Management Conference to a date as the Court's calendar permits on or after March 19, 2009.

**IT IS SO STIPULATED.**

DATED: February 3, 2009                    **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com
Elizabeth L. McDougall (WA Bar No. 27026)
EMcDougall@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.

| | |
|---|---|
| DATED: February 3, 2009 | **HYDE & SWIGART** |
| | By: /s/ Joshua B. Swigart |
| | Joshua B. Swigart (SBN 225557) |
| | josh@westcoastlitigation.com |
| | Attorneys for Roman Hossain |

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | |
|---|---|
| DATED: February 3, 2009 | **PERKINS COIE LLP** |
| | By: /s/ Brian Hennessy |
| | Brian Hennessy (SBN 226721) |
| | BHennessy@perkinscoie.com |
| | Attorneys for Plaintiff |
| | craigslist, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT** the initial Case Management Conference, which was originally scheduled for February 12, 2009, has been rescheduled and will now take place on ___April 16___, 2009 at ___2:30___ am/pm.

Dated: ___2/6/09___    _____
Honorable [stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]

[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]