UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CRAIGSLIST, INC.

    Plaintiff,

    v.

BRAD JOHNSON, et al.,

    Defendants.

_____/

No. C 08-5071 PJH

**ORDER GRANTING LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES**

The court is in receipt of a request from defendant Roman Hossain for leave to file a brief in excess of 25 pages in support of his motion to dismiss and alternative motion for a more definite statement. While the court will not ordinarily permit the filing of an oversized brief in support of a Rule 12(b)(6) motion, the request will, in this instance, be GRANTED. The court notes that the brief is written in 13-point font (as opposed to the minimum 12-point font required under Civil Local Rule 3-4(c)(2)), and that the text of the memorandum of points and authorities does not begin until page 9 of the brief.[1]

The court also cautions the parties, however, that compliance with the Local Rules is essential. In particular, for purposes of the present request, Rule 7-4(b) requires that before an oversized brief may be filed, the party seeking to file it must obtain leave of court.

---

[1] Although Civil Local Rule 7-4 is somewhat ambiguous, it has been the practice of most attorneys filing motions in this district to begin the numbering of the pages of the table of contents and table of authorities with "i" and to begin the numbering of the pages of the notice of motion and memorandum of points and authorities with "1" (allowing no more than 25 pages for the notice of motion and memorandum of points and authorities).

It is not permissible under Rule 7-4(b) to file the brief simultaneously with the request for additional pages.

**IT IS SO ORDERED.**

Dated: February 19, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge